IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

_____

JAMAICA WILSON,

                Petitioner,                            ORDER

v.                                                  08-cv-285-bbc

MICHAEL THURMER, Warden,
Waupun Correctional Institution,

                Respondent.

_____

      Petitioner Jamaica Wilson, an inmate at Waupun Correctional Institution, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  He has paid the $5 filing fee but also seeks leave to proceed *in forma pauperis*.  Although petitioner filed an affidavit of indigency, he did not support it with a copy of his six-month trust fund account statement.  *See* dkt. 2 at 3.

      Petitioner may have until June 23, 2008 to submit a printout of his prison trust account statement showing the balance of his release account and transactions for the six-month period immediately preceding the filing of his petition.  If petitioner fails to meet this deadline, this court will deem his request abandoned.

      Entered this 20th day of May, 2008.

                                                BY THE COURT:

                                                /s/

                                                STEPHEN L. CROCKER
                                                Magistrate Judge