# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

JAMAICA WILSON,

        Petitioner,

   v.

MICHAEL THURMER, Warden,
Waupun Correctional Institution,

        Respondent.

**JUDGMENT IN A CIVIL CASE**

Case No.:   08-cv-285-bbc

This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

Petitioner's petition for a writ of habeas corpus is DENIED.

JOEL TURNER
_____
**Joel Turner, Acting Clerk**

/s/ M. Hardin
_____
**by Deputy Clerk**

10/29/08
_____
Date